# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

**Yongjiang Yin and Shenzhen El Lighting Co. Ltd.,**
**Patent Owner/Appellant**

**v.**

**Sure-Fire Electrical Corporation,**
**Petitioner/Cross-Appellant**

**Case No: 16-2686**

---

APPELLANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME

---

Appellants Yongjiang Yin and Shenzhen El Lighting Co. Ltd., through counsel, BRADFORD, LTD, hereby submit the following Unopposed Motion for Extension of Time to File Opening Brief. In support thereof, Appellants state as follows:

1.	Pursuant to F.R.A.P. Rule 26(b) and Fed. Cir. R. 26(b), Appellants respectfully request that the Court extend the deadline to file their Opening Brief from January 3, 2017 to January 20, 2017.

2.	Appellants have not previously requested an extension of time.

3.	On December 12 and 17, 2016, Counsel for the parties conferred via email regarding the request to extend the deadline to file Appellants' Opening

Brief from January 3, 2017 to January 20, 2017.  Counsel for the Appellees consented.

4.     Counsel for Appellee indicated that they had no objection to providing Appellants a 17-day extension through and including January 20, 2017 to file their Opening Brief.

5.     Good cause supporting the extension exists. Counsel for Appellants will be unexpectedly out of town during the week of December 26, 2016 and January 2, 2017.  Further, counsel for Appellants have an oral argument in a separate matter at the Tenth Circuit Court of Appeals on January 17, 2017.

Accordingly, Appellants Yongjiang Yin and Shenzhen El Lighting Co. Ltd. respectfully request that the deadline to file the opening brief be set for January 20, 2017.  Appellants similarly request that the deadline for Appellee's Opening Brief be set for February 28, 2017.

Dated this 19th Day of December, 2016.

**BRADFORD, LTD**

**/s/ Aaron P. Bradford**
Aaron P. Bradford, Esq.
**BRADFORD, LTD**
2701 Lawrence Street, Suite 104
Denver, Colorado 80205
Direct: (303) 325-5467
Fax: (844) 406-5294
Aaron@APB-Law.com

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing has been served on Appellant and Cross-Appellant this 19th day of December, 2016, as follows:

Ryan M. Schultz
rschultz@robinskaplan.com
Samuel L. Walling
swalling@robinskaplan.com

*Attorneys for Cross-Appellants*

                                              s/ Aaron P. Bradford
                                              Aaron P. Bradford
                                              aaron@apb-law.com
                                              David B. Kellis
                                              dkellis@sheridanross.com

                                              *Attorneys for Appellants*